UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| DEMETRIUS M. ROBERTSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAVID PAUL, ) <br> ) <br> Respondent. ) <br> ) | Civil No. 5:24-cv-00056-GFVT <br><br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Demetrius M. Robertson's first habeas claim [R. 1], regarding First Step Act time credits, is **DENIED** with prejudice;

2. Robertson's second habeas claim [R. 2], in which he seeks a reduction in his federal sentence based on his alleged completion of the Federal Bureau of Prisons' Residential Drug Abuse Program, is **DENIED** without prejudice;

3. This action is otherwise **DISMISSED** and **STRICKEN** from the Court's docket; and

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 5th day of June, 2024.

Gregory F. Van Tatenhove
United States District Judge